**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Iwona Perna                      CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 23-13081 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                   /s/ *Michael Farrington*

                                   Michael Farrington
                                   23 Oct 2023, 21:04:55, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322